# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SHANTELE RENEE BENNETT,

    Plaintiff,

vs.                                         Case No. 5:25-cv-497-MMH-PRL

1 TYCOON OF INFLUENCE
ORLANDO POLICE
DEPARTMENT and THE CITY OF
ORLANDO, FLORIDA

    Defendants.
_____/

## O R D E R

Upon review of the Complaint (Doc. 1), filed on August 11, 2025, it appears that this action was misfiled in the Ocala Division of the United States District Court for the Middle District of Florida. Pursuant to Local Rule 1.04(b), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), "[a] party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced." The Court's review of the Complaint reveals that the acts complained of occurred in Orange County, Florida.[1] See generally Complaint. As such, the

---

[1] Local Rule 1.04(a) provides that the Orlando Division consists of the following counties: Brevard, Orange, Osceola, Seminole, and Volusia.

Clerk shall transfer this case to the Orlando Division, where it shall be randomly assigned. Thereafter, the Ocala file shall be closed.

**DONE AND ORDERED** in Chambers this 20th day of August, 2025.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

Lc35
Copies to:
Pro se Party